United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. BARKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant.<br>_____/ | No. C-11-06194 DMR<br><br>**ORDER TO SUBMIT ADDITIONAL INFORMATION** |

On December 9, 2011, Plaintiff Robert Clark Barkins filed an application to proceed *in forma pauperis*. In response to question no. 2 on the application, Plaintiff stated that he receives SSI and SSDA payments but did not indicate the amounts received. Therefore, Plaintiff is ordered to file a new application to proceed *in forma pauperis* by **no later than December 30, 2011** that provides all requested information, including a complete response to question no. 2.

Plaintiff's Complaint seeks judicial review of a final decision of the Commissioner of Social Security regarding a claim for SSDI benefits by Claimant Robert Barkins for a "dependent child" named Kala Bryant. Plaintiff previously filed another case in this District, Case No. 11-0203-PJH, *Robert C. Barkins v. Social Security*, regarding dependent child benefits. **By no later than December 30, 2011**, Plaintiff is ordered to file a statement with the court indicating:

1. The name of the child for whom Plaintiff sought benefits in the previous case;

2. Whether the current case involves benefits for the same child as in the previous case; and

3. If so, why this case is different from the previous case.

IT IS SO ORDERED.

Dated: December 20, 2011



DONNA M. RYU
United States Magistrate Judge